
# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN CHARLSE LARGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs.  ) | CIV-13-393-RAW-KEW |
| ) | |
| KAMERON HARVANEK, Warden, ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **BECKHAM** County, Oklahoma, which is located within the territorial jurisdiction of the **WESTERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **WESTERN** District of Oklahoma for all further proceedings.

IT IS SO ORDERED this 17th day of September 2013.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE