## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN CHARLSE LARGE, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>KAMERON HARVANEK, Warden, )<br>)<br>Respondent. ) | CIV-13-393-RAW-KEW |

### OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **BECKHAM** County, Oklahoma, which is located within the territorial jurisdiction of the **WESTERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **WESTERN** District of Oklahoma for all further proceedings.

IT IS SO ORDERED this _17th_ day of _September_ 2013.

_Ronald A. White_
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**